# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                May 31, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A INC., a Pennsylvania corporation,                Keith D. Tooley
                                                               Stephen A. Bain
         Plaintiff,

v.

BERRY PETROLEUM COMPANY, a Delaware corporation,               Steven J. Merker
                                                               Scott P. Sinor
         Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Protective Order**

**1:56 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Tooley states the Court is correct in its understanding of the dispute.

1:58 p.m.        Argument by Mr. Merker [19].
2:04 p.m.        Argument by Mr. Tooley.
2:07 p.m.        Rebuttal argument by Mr. Merker.

Counsel state they anticipate filing motions for summary judgment.
Discussion.

**ORDERED:    Berry's Motion for Entry of Protective Order, filed May 6, 2011 [19], is granted and the Protective Order is signed.**

Court instructs counsel to confer regarding the confidentiality of documents with respect to any exhibits aatached in future filings.

**2:15 p.m.        Court in recess.**

Hearing concluded.  Total time: 19 min.