IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                October 13, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02227-RPM

| | |
|---|---|
| CHEVRON U.S.A INC., a Pennsylvania corporation, | Keith D. Tooley |
|  | Blake M. Pickett |
| Plaintiff, | |
| v. | |
| BERRY PETROLEUM COMPANY, a Delaware corporation, | Steven J. Merker |
|  | Scott P. Sinor |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**2:00 p.m.**      **Court in session.**

Court's preliminary remarks.

Mr. Tooley answers questions asked by the Court.
Argument by Mr. Mercker.
Argument by Mr. Tooley.

**ORDERED:**   Berry Petroleum's First Motion to Compel Production of Documents [27] /[28], is granted with respect to the completed handbooks (deductions) and denied in all other respects.

Discussion regarding calculating damages with respect to the role of the jury.
Counsel agree to confer.

Discussion regarding scheduling.

**ORDERED:**   Pretrial conference set for January 6, 2012 at 4:00 p.m.

**2:43 p.m.**      **Court in recess.**

Hearing concluded. Total time:  43 min.