IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A. INC.,

      Plaintiff,

v.

BERRY PETROLEUM COMPANY,

      Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      Pursuant to the hearing convened October 13, 2011, it is

      ORDERED that a pretrial conference is scheduled for **January 6, 2012, at 4:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **December 29, 2011.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

      Dated:   October 14th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge