**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: November 9, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A. INC.,                                            Keith D. Tooley
                                                                Joseph Pierzchala

         Plaintiff,

v.

BERRY PETROLEUM COMPANY,                                        Steven J. Merker
                                                                Scott P. Sinor

         Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Protective Order**

**8:56 a.m.         Court in session.**

Court's preliminary remarks and states its introductory remarks regarding the issue before it.

Argument by Mr. Merker.
Argument by Mr. Tooley.

Counsel agree with court's suggestions as stated on record.

**Court reiterates industry practice is not part of the case.**

**ORDERED:       Defendant's Motion for Protective Order to Quash Chevron's Rule 30(b)(6)
                 Deposition Notice [42] is resolved and counsel are to proceed as suggested on record.
                 Counsel are permitted, after conferring, additional written discovery
                 (interrogatories).
                 Written discovery and expert report deadlines may be extended for the limited
                 purpose as stated on record.**

**10:25 a.m.        Court in recess.**   Hearing concluded.  Total time: 29 min.