**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                November 9, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02227-RPM

| | |
|---|---|
| CHEVRON U.S.A. INC., | Keith D. Tooley |
| | Joseph Pierzchala |
| Plaintiff, | |
| v. | |
| BERRY PETROLEUM COMPANY, | Steven J. Merker |
| | Scott P. Sinor |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Protective Order**

**8:56 a.m.**    **Court in session.**

Court's preliminary remarks and states its introductory remarks regarding the issue before it.

Argument by Mr. Merker.
Argument by Mr. Tooley.

Counsel agree with court's suggestions as stated on record.

**Court reiterates industry practice is not part of the case.**

**ORDERED:**   **Defendant's Motion for Protective Order to Quash Chevron's Rule 30(b)(6) Deposition Notice [42] is resolved and counsel are to proceed as suggested on record.
Counsel are permitted, after conferring, additional written discovery (interrogatories).
Written discovery and expert report deadlines may be extended for the <u>limited purpose</u> as stated on record.**

**10:25 a.m.**    **Court in recess.**   Hearing concluded.  Total time: 29 min.