IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A. INC.,

     Plaintiff,

v.

BERRY PETROLEUM COMPANY,

     Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference convened today, it is

ORDERED that this matter is set for trial to jury on **July 23, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated:   February 24th, 2012

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge