IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A. INC.,

    Plaintiff,

v.

BERRY PETROLEUM COMPANY,

    Defendant.

## RULINGS ON VIDEOTAPES

**Kevin Goldstein**

| | |
|---|---|
| Pg. 11 ln. 6 - pg. 12 ln. 24 | objection overruled. |
| Pg. 17 ln. 15 - pg. 19 ln. 23 | objection sustained. |
| Pg. 20 ln. 7 - pg. 21 ln. 2 | objection sustained. |
| Pg. 23 ln. 17 - pg. 24 ln. 24 | objection sustained. |
| Pg. 25 ln. 5 and ln. 6 | objection sustained. |
| Pg. 29 ln. 13 - pg. 30 ln. 8 | objection overruled. |
| Pg. 31 ln. 11 - 17 | objection overruled and add pg. 31 ln. 22 - pg. 32 ln. 9 |
| Pg. 42 ln. 7 - pg. 44 ln. 25 | objection sustained. |
| Pg. 45 ln. 14 - pg. 47 ln. 3 | objection sustained. |
| Pg. 62 ln. 25 - pg. 63 ln. 18 | objection overruled. |
| Pg. 64 ln. 11 - pg. 65 ln. 4 | objection sustained. |

**David Hood**

| | |
|---|---|
| Pg. 12 ln. 5 - 11 | objection sustained. |
| Pg. 23 ln. 3-13 | objection sustained. |
| Pg. 26 ln. 16 - pg. 27 ln. 16 | objection overruled. |
| Pg. 27 ln. 6-9 | objection sustained in record. |
| Pg. 36 ln. 20 - pg. 37 ln. 22 | objection overruled. |
| Pg. 46 ln. 24 - pg. 47 ln. 22 | objection overruled. |
| Pg. 48 ln. 11- pg. 49 ln. 10 | objection sustained. |
| Pg. 62 ln. 12 pg. 64 ln. 17 | objection overruled. |
| Pg. 64 ln. 18 - pg. 66 ln. 8 | objection sustained. |
| Pg. 69 ln. 7 - pg. 70 ln. 2 | objection overruled. |
| Pg. 75 ln. 9 - pg. 75 ln. 22 | objection overruled. |
| Pg. 81 ln. 13 - pg. 81 ln. 23 | objection overruled. |
| Pg. 133 ln. 22 - pg. 138 ln. 1 | objection overruled. |
| Pg. 141 ln. 7 - pg. 142 ln. 14 | objection sustained. |
| Pg. 147 ln. 7 - pg. 147 ln. 15 | objection sustained. |
| Pg. 155 ln. 10 - pg. 156 ln. 1 | objection sustained. |
| Pg. 156 ln. 18 - pg. 161 ln. 12 | objection sustained. |
| Pg. 171 ln. 16 - pg. 174 ln. 10 | objection sustained. |
| Pg. 176 ln. 18 - pg. 177 ln. 3 | objection sustained. |
| Pg. 202 ln. 11 - pg. 205 ln. 8 | objection overruled. |
| Pg. 227 ln. 21 - pg. 229 ln. 13 | objection overruled. |

The jury should be told that Mr. Hood corrected the date at pg. 167 ln. 21 to February 25. The tape should be stopped to give that correction.

**Pamela Dickerson**

Chevron's objection to entire deposition is sustained.

Dated:   July 20th, 2012

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge