IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A. INC.,

    Plaintiff,

v.

BERRY PETROLEUM COMPANY,

    Defendant.

---

## ADDITIONAL RULING ON VIDEOTAPES

---

In response to Berry Petroleum Company's Request for Clarification Concerning the Deposition of David Hood, filed July 20, 2012 [67], delete the testimony at line 8 and 9 of page 155.

Dated:   July 20th, 2012

                                                        BY THE COURT:

                                                        s/ Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior District Judge