## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02227-RPM

CHEVRON U.S.A INC., a Pennsylvania corporation,

Plaintiff,

v.

BERRY PETROLEUM COMPANY, a Delaware corporation,

Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on July 23, 2012, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _26_ day of July, 2012.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT